IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| LEONARDO DANIEL IBARRA IBARRA, § § § | |
| Petitioner, § | |
| § | |
| v. § | CAUSE NO. EP-25-CV-737-KC |
| § | |
| PIERRE MILLER, et al., § § § | |
| Respondents. § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On January 6, 2026, the Court granted in part Leonardo Daniel Ibarra Ibarra's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Jan. 6, 2026, Order 2, ECF No. 5. Respondents have now informed the Court that, on January 13, an Immigration Judge ("IJ") ordered Ibarra to be released from custody on a $5,000.00 bond. Status Report, ECF No. 6; *see id.* Ex. A ("IJ Order"), ECF No. 6-1. But, as of that date, Ibarra has not yet posted bond and remains in custody. Status Report.

It appears that the only remaining matter to be resolved in this case is Ibarra's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 14, ECF No. 1; *see generally* Jan. 6, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

2

Accordingly, **the Clerk shall close the case**.  To the extent Ibarra wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 14th day of January, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE